UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD GOLE,

                      Plaintiff,

      -v-

LA JOLLA PHARMACEUTICAL COMPANY ET AL.,

                    Defendants.

------------------------------------------------------------X

22 Civ. 6395

ORDER TO SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

Plaintiff filed the complaint in this action on July 27, 2022. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. It is hereby ORDERED that the plaintiff advise the Court in writing why plaintiff failed to serve the Summons and Complaint within the 90-day period on defendants, or, if plaintiff believes that defendants have been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiff by **January 31, 2023**, showing good cause why such service was not made within 90 days, the Court will dismiss without prejudice the claims against defendants.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 23, 2022
       New York, New York